**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-01996-LTB-KLM

ANTHONY AND AMY MALE,

    Plaintiffs,

v.

MACHOL AND JOHANNES, P.C.,

    Defendant.

___

**ORDER**
___

THIS MATTER having come before the Court on the Plaintiffs' Notice of Voluntary Dismissal With Prejudice (Doc 5 - filed August 13, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED: August 14, 2012